May 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF JAMILEH MERRIKH AND DAVID HOSSIEN MERRIKH, Appellant

NO. 14-14-00024-CV

_____

This court today heard a motion for rehearing filed by appellant David Merrikh and a motion for rehearing filed by appellants Noorollah Merrikh and Zarine Motlagh. We order the motions be denied, and that the court's former judgment of March 17, 2015 be vacated, set aside, and annulled. We further order this court's opinion of March 17, 2015, withdrawn.

This cause, two appeals, one by David Merrikh and one by Noorollah Merrikh and Zarine Motlagh, from the judgment in favor of Jamileh Merrikh, signed October 11, 2013, was heard on the transcript of the record.

With regard to David Merrikh's appeal, we have inspected the record and find no error in the judgment. Therefore, as it pertains to David Merrikh, we order the judgment of the court below **AFFIRMED**.

With regard to Noorollah Merrikh and Zarine Motlagh's appeal, we have inspected the record and find no error in the judgment. Therefore, as it pertains to Noorollah Merrikh and Zarine Motlagh, we order the judgment of the court below **AFFIRMED**.

We order David Merrikh, Noorollah Merrikh, and Zarine Motlagh, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.